

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00086-CR

**TILWEN GREEN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 77th District Court
### Freestone County, Texas
### Trial Court No. 17-041-CR

## MEMORANDUM OPINION

Appellant sought to appeal his conviction for aggravated assault on a public servant. *See* TEX. PENAL CODE ANN. § 22.02(b)(2)(B). On March 18, 2020, appellant's counsel informed this Court by Motion to Permanently Abate Appeal that appellant passed away on December 6, 2019. A certified copy of appellant's death certificate was attached to the motion.

No opinion or mandate has been issued in the appeal. Therefore, in accordance with Rule 7.1(a)(2) of the Texas Rules of Appellate Procedure, appellant's motion is

granted, and this appeal is permanently abated. TEX. R. APP. P. 7.1(a)(2); *see also Freeman v. State*, 11 S.W.3d 240 (Tex. Crim. App. 2000); *Hanson v. State*, 790 S.W.2d 646, 646 (Tex. Crim. App. 1990) (noting that the death of an appellant during the pendency of an appeal deprives the appellate courts of jurisdiction).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Neill
Appeal permanently abated
Opinion delivered and filed March 23, 2020
Do not publish
[CRPM]

